```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

STANLEY CARNELL,

                              **Plaintiff,**                             19-CV-5685 (GBD)(SN)

             -against-                                **ORDER**

**INTELLIGRATED (HONEYWELL),**

                              **Defendant.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

      All fact discovery in this case is set to be completed by Friday, February 28, 2020. The parties are directed to file a joint letter informing the Court about the status of discovery by Wednesday, February 12, 2020. The letter should address any outstanding discovery disputes.

      The parties are reminded that in light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy Rachel Slusher with both parties on the line, at (212) 805-0286, to schedule a settlement conference if they believe it would be productive.

**SO ORDERED.**

                                                                               _____
                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:     January 29, 2020
                 New York, New York

cc:     Stanley Carnell *(By Chambers)*
        354 Allen Road
        Colloden, GA 31016
        scarnell00@yahoo.com