UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STANLEY CARNELL,

                             Plaintiff,

      -against-

INTELLIGRATED (HONEYWELL),

                             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

19 Civ. 05685 (GBD)

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: April 20, 2020
      New York, New York

                                           SO ORDERED.

                                           *George B. Daniels*
                                           GEORGE B. DANIELS
                                           United States District Judge